No. 11–0462/AR. U.S. v. Christopher A. Barberi. CCA 20080636. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 1, 2012.

No. 13–0013/AR. U.S. v. Paul R. Jasper. CCA 20100112. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 1, 2012.

No. 12–0597/AR. U.S. v. Reginald D. Holsey. CCA 20100479. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION WHEN HE REJECTED APPELLANT'S PLEA BASED UPON A NECESSITY DEFENSE THAT IS NEITHER RECOGNIZED IN MILITARY COURTS NOR APPLICABLE TO APPELLANT'S CASE.

Briefs will be filed under Rule 25.

Misc. No. 13–8003/NA. Joshua D. Williams, Appellant v. United States, Appellee. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of error coram nobis, which the Court construes as a writ-appeal petition in view of the denial of a petition for extraordinary relief by the Navy–Marine Corps Court of Criminal Appeals, together with Appellant's motion to file the petition for extraordinary relief out of time, and motion to waive copy and service requirement, were filed under Rule 27(b) on August 23, 2012, and a motion to lodge table of contents was filed on August 31, 2012, and placed on the docket this 13th day of September, 2012. On consideration thereof, it is ordered that said motion to file the writ-appeal petition out of time is hereby denied, that said writ-appeal petition is hereby